| Form 3949 A (2-2007) | Department of the Treasury – Internal Revenue Service<br>**Information Referral**<br>(See Instructions on reverse) | OMB # 1545-1960 |
|---|---|---|

**1. Taxpayer Name** Peter Capone
a. Street Address: 3981 Robbr Ave
b. City/State/ZIP: Santa Ynez CA 93460
c. Social Security Number (SSN):
d. Occupation: Architect
e. Date of Birth: [redacted]

**2. Business Name** Peter Capone Designs
a. Street Address:
b. City/State/ZIP:
c. Employer Identification Number:
d. Principal Bus Activity:

**3. Marital Status**
☐ Married  ☐ Single  ☐ Head of Household
☑ Divorced  ☐ Separated

**3a. Name of Spouse**

**4. Alleged Violation of Income Tax Law (Check all that apply).**
☑ False Exemption      ☐ Unsubstantiated Income   ☑ Unreported Income         ☐ Failure to Withhold Tax
☑ False Deductions     ☐ Kickback                 ☐ Narcotics Income          ☐ Wagering/Gambling
☐ Multiple Filing      ☐ False/Altered Documents  ☐ Public/Political Corruption ☐ Earned Income Credit
☑ Organized Crime      ☑ Failure to Pay Tax       ☐ Failure to File Return    ☐ Other (Describe below)

**5. Unreported Income and Tax Years** (Fill in Tax Years and dollar amount(s), if known, e.g., TY2005 $10,000)
TY 2006 $ 2.5 M    TY 2007 $ 4.9 M    TY __ $____    TY __ $____    TY __ $____    TY __ $____

**a. Comments** (Briefly describe the facts of the alleged violation - Who/What/Where/When/How. Attach another sheet, if needed).
Capone agreed to lend my company Golden, LLC approx $7.5M. He sold various real estate (a golf course in Maryland) & other real estate in California but rather than pay the capital gains tax we agreed to set up a phony 1031-tax-free exchange to defer his tax. He had the intermediary give us the money and we agreed to pay 12% annual interest for the loan. Interest was paid until the company became insolvent. The same accountant, Ken Fox of Rockville Centre NY represented both.

**b. Are books/records available?** ☑ Yes  ☐ No
**c. Do you consider the taxpayer dangerous?** ☐ Yes  ☑ No

**d. Banks, Financial Institutions used by the taxpayer:**
Name:                          Name:
Address:                       Address:
City/State/ZIP:                City/State/ZIP:

**e. Please describe how you learned and/or obtained the information in this report** (Attach another sheet, if needed):
I was a co-conspirator & have provided this info to the US Atty for Eastern District, Central Islip but no action has been taken.

**6. Your Name:** Mark Goldman
a. Address: c/o Nassau County Correctional Ctr  100 Carmen Ave
b. City/State/ZIP: E. Meadow NY 11554
c. Telephone Number (Please include the Area Code):

For Mailing Address, see Instructions
For Paperwork Reduction Act, see Instructions

Catalog Number 47872E                                Form **3949 A** (Rev. 2-2007)

copy – not yet filed